# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN BOWERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-1883-VAC |
| MATTHEW KINSERVIK, | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel, jointly stipulate to dismissal of the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs, expenses, and attorneys' fees.

JOSEPH W. BENSON, P.A.

*/s/ Andrew G. Ahern, III*
Andrew G. Ahern III, Esq. (#2083)
1701 N. Market Street
P.O. Box 248
Wilmington, DE 19899
(302) 656-8811
aahern@jwbpa.com

*Of Counsel:*
Gerald J. Williams (*admitted pro hac vice*)
Williams Cedar, LLC
One South Broad Street, Suite 1510
Philadelphia, PA 19107

*Attorneys for Plaintiff*

Dated: June 15, 2022

SAUL EWING ARNSTEIN & LEHR LLP

*/s/ James D. Taylor, Jr.*
James D. Taylor, Jr. Esq. (#4009)
Charles E. Davis, Esq. (#6402)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6800
james.taylor@saul.com
chad.davis@saul.com

*Attorneys for Defendant*